

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-11-00547-CR

DONALD RAY CAGLE                                          APPELLANT

V.

THE STATE OF TEXAS                                              STATE

----------

FROM THE 432ND DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

On October 19, 2011, as part of a plea bargain agreement, Appellant Donald Ray Cagle pleaded guilty to felony driving while intoxicated and true to a felony repetition enhancement allegation; and the trial court sentenced him to fifteen years' confinement. On October 19, 2011, the trial court also certified that this is a plea bargain case and that Appellant has no right to appeal. On October

---

[1]*See* Tex. R. App. P. 47.4.

27, 2011, Appellant filed a document with the trial court that we have construed as a notice of appeal. He then filed an amended notice of appeal on December 5, 2011. The trial court's certification that Appellant has no right to appeal was filed in this court on December 8, 2011. On December 9, 2011, we notified Appellant that the certification indicating that Appellant had no right to appeal had been filed in this court, and that this appeal could be dismissed unless Appellant or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal on or before December 19, 2011. *See* Tex. R. App. P. 25.2(d), 44.3. Appellant has timely filed a response; however, the response does not show any grounds for continuing the appeal.

Rule 25.2(a)(2) limits the right of appeal in a plea-bargain case to matters that were raised by written motion filed and ruled on before trial or to cases in which the appellant obtained the trial court's permission to appeal. Tex. R. App. P. 25.2(a)(2). Appellant does not challenge a pretrial ruling on a written motion, and the trial court's certification denied permission to appeal. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: January 12, 2012